| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  AAC Holding Corp.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  42-1622826

**4. Debtor's address**

Principal place of business

1550 W. Mockingbird Lane
Dallas, TX 75235
Number, Street, City, State & ZIP Code

Dallas
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **AAC Holding Corp.**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __4529__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Debtor **AAC Holding Corp.**
    Name

Case number (*if known*) _____

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **AAC Holding Corp.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 14, 2021**
MM / DD / YYYY

X **/s/ Stephen Szejner**
Signature of authorized representative of debtor

**Stephen Szejner**
Printed name

Title **Vice President**

**18. Signature of attorney**

X **/s/ Susan B. Hersh**
Signature of attorney for debtor

Date **January 14, 2021**
MM / DD / YYYY

**Susan B. Hersh 09543925 Susan B. Hersh, P.C.**
Printed name

**Susan B. Hersh, P.C.**
Firm name

**12770 Coit Road**
**Suite 1100**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone **(972) 503-7070**   Email address **Susan@susanbhershpc.com**

**09543925 TX**
Bar number and State

Fill in this information to identify the case:

Debtor name: **AAC Holding Corp.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Prudential Capital Partners (Parallel Fund), IV, L.P.** **180 N. Stetson Ave., Ste 5200** **Chicago, IL 60601** | | **Senior Subordinated Notes; guaranteed debt** | | | | **$3,797,727.35** |
| **Prudential Capital Partners Management Fund IV, L.P.** **180 N. Stetson Ave., Ste 5200** **Chicago, IL 60601** | | **Senior Subordinated Notes; guaranteed debt** | | | | **$3,648,084.34** |

BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
§
**AAC Holding Corp.** § Case No.:
§
§
Debtor(s) §
§

# VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.

- ☐ adds entities not listed on previously filed mailing list(s).

- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **January 14, 2021**  **/s/ Stephen Szejner**
**Stephen Szejner**/**Vice President**
Signer/Title

Date: **January 14, 2021**  **/s/ Susan B. Hersh**
Signature of Attorney
**Susan B. Hersh 09543925 Susan B. Hersh, P.C.**
**Susan B. Hersh, P.C.**
**12770 Coit Road**
**Suite 1100**
**Dallas, TX 75251**
**(972) 503-7070   Fax: (972) 503-7077**

**42-1622826**
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

Susan B. Hersh  
Susan B. Hersh, P.C.  
12770 Coit Road  
Suite 1100  
Dallas, TX 75251

Adam Harris  
Schulte Roth & Zabel  
919 Third Avenue  
New York, NY 10022

Blank Rome, LLP  
Attn: Lawrence Flick  
The Chrysler Building  
405 Lexington Ave  
New York, NY 10174

Cerebus Business Finance, LLC  
Attn: Joseph Naccarato  
875 Third Avenue  
New York, NY 10022

Falcon Strategic Partners IV, LP  
21 Custom House Street, 10th Floor  
Boston, MA 02110

Fenway Partners  
Attn: Gregg Smart & Chris Stevenson  
1251 Avenue of the Americas  
New York, NY 10020

Laura Davis Jones  
Pachulski Stang Ziehl Jones  
919 North market St., 17th Floor  
Wilmington, DE 19801

Lowenstein Sandler, LLP  
Attn: Steve Siesser  
1251 Avenue of the Americas  
NY 10200

Matthew L. White  
Falcon Investment Advisors,LLC  
600 Lexington Ave., 35th Floor  
New York, NY 10022

```
PNC Bank
Attn: Trina Barkley
500 First Avenue, 4th Floor
Pittsburgh, PA 15219


PNC Bank
Attn: Lee LeBine
200 S. Wacker, Ste 600
Chicago, IL 60606


PNC Bank, National Association
1 North Franklin Street, Ste 2500
Chicago, IL 60606


Prudential Capital Partners
(Parallel Fund), IV, L.P.
180 N. Stetson Ave., Ste  5200
Chicago, IL 60601


Prudential Capital Partners IV, L.P.
180 N. Stetson Ave., Ste 5200
Chicago, IL 60601


Prudential Capital Partners Management
Fund IV, L.P.
180 N. Stetson Ave., Ste 5200
Chicago, IL 60601


Robert Britton
Paul Weiss Rifkind Wharton Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019-6064


Stephen Szejner
Prudential Private Capital
180 N. Stetson Ave., Suite 5200
Chicago, IL 60601
```

# United States Bankruptcy Court
## Northern District of Texas

In re **AAC Holding Corp.**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **AAC Holding Corp.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**AAC Group Holding Corp.**
**1550 W. Mockingbird Lane**
**Dallas, TX 75235**

**AAC Iconic Holdings, LLC**

**American Achievement Group Holding Corp**

**American Achievement Intermediate Holding Corp.**

**American Iconic Intermediate Holding LLC**

**Falcon Strategic Partners, IV, LP**

**Prudential Capital Partners IV, LP**

☐ None [*Check if applicable*]

**January 14, 2021**  
Date

**/s/ Susan B. Hersh**  
**Susan B. Hersh 09543925 Susan B. Hersh, P.C.**  
Signature of Attorney or Litigant  
Counsel for **AAC Holding Corp.**  
**Susan B. Hersh, P.C.**  
**12770 Coit Road**
**Suite 1100**
**Dallas, TX 75251**
**(972) 503-7070 Fax:(972) 503-7077**
**Susan@susanbhershpc.com**