BTXN 104a (rev. 09/19)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:     AAC Holding Corp.

§
§          Case No.:   21-30057 (HDH)
§
§
§
Debtor(s)  §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1.  Name:  __Basta_____  __Paul_____  __M_____
                          *Last*                          *First*                       *MI*

2.  Firm Name:  _Paul, Weiss, Rifkind, Wharton & Garrison_____

3.  Address:  _1285 Avenue of the Americas_____
     _New York, NY 10019_____

     _____

4.  Phone: _212-373-3023_____   FAX: _212-492-0023_____

     Email: _pbasta@paulweiss.com_____

5.  Name used to sign *all* pleadings: _Paul M. Basta_____

6.  Retained by: _Prudential Capital Partners IV, L.P., Prudential Capital Partners Management Fund IV, L.P., Prudential Capital Partners (Parallel Fund) IV, L.P., and Falcon Strategic Partners IV, LP as Petitioning Creditors_

7.  Admitted on _September 2, 1993_____ and presently a member in good standing
     of the bar of the highest court of the state of _New York_____
     and issued the bar license number of _2568046_____ .

8.  Admitted to practice before the following courts:

     *Court:*                                              *Admission Date:*
     United States District Court, Southern District of New York    _05/10/1994_____
     United States Court of Appeals, Second Circuit    _03/20/2012_____
     _____    _____

                                                                      *Continued.*

9.     Are you presently a member in good standing of the bars of the courts listed above?

☒ Yes  ☐ No

If "No," please list all courts which you are no longer admitted to practice:

10.     Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

☐ Yes  ☒ No

If "Yes," please provide details:

11.     Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

☐ Yes  ☒ No

If "Yes," please provide details:

12.     Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

| *Date of Application* | *Case No. and Style* |
|---|---|
| N/A | |
| | |
| | |

13.     Local counsel of record:  Jason S. Brookner

14.     Local counsel's address:  Gray Reed & McGraw LLP

1601 Elm Street, Suite 4600 Dallas, TX 75201

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒    I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐    I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the  $100.00 filing fee on _____.


 Paul M. Basta _____          1/15/2021 _____
Printed Name of Applicant                        Date


   */s/ Paul M. Basta* _____
Signature of Applicant