# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: AAC Holding Corp.

Case No.: 21-30057 (HDH)

Debtor(s)

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: **Britton**, **Robert**, **A**
   *Last*, *First*, *MI*

2. Firm Name: Paul, Weiss, Rifkind, Wharton & Garrison

3. Address: 1285 Avenue of the Americas
   New York, NY 10019

4. Phone: 212-373-3615    FAX: 212-492-0615
   Email: rbritton@paulweiss.com

5. Name used to sign *all* pleadings: Robert A. Britton

6. Retained by: Prudential Capital Partners IV, L.P., Prudential Capital Partners Management Fund IV, L.P., Prudential Capital Partners (Parallel Fund) IV, L.P., and Falcon Strategic Partners IV, LP as Petitioning Creditors

7. Admitted on February 4, 2008 and presently a member in good standing of the bar of the highest court of the state of New York and issued the bar license number of 4575031.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | United States District Court, Southern District of New York | 8/11/2009 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

 ☒ Yes ☐ No

 If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

 ☐ Yes ☒ No

 If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

 ☐ Yes ☒ No

 If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

 | *Date of Application* | *Case No. and Style* |
 |---|---|
 | N/A | |
 | | |
 | | |

13. Local counsel of record: Jason S. Brookner

14. Local counsel's address: Gray Reed & McGraw LLP
 1601 Elm Street, Suite 4600 Dallas, TX 75201

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒  I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐  I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.


Robert A. Britton                                              1/15/2021
Printed Name of Applicant                            Date


*/s/ Robert A. Britton*
Signature of Applicant