

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 22, 2021**

_____
**United States Bankruptcy Judge**

_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:<br>AAC Holding Corp.<br><br>Debtor(s) | Case No.: 21−30057−hdh11<br>Chapter No.: 11 |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Adam C. Harris**, to represent Cerberus Business Finance, LLC, related to document 28, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #