**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **AAC Holding Corp.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **21-30057** |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **January 28, 2021** | X **/s/ Stephen Szejner** |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **Stephen Szejner** |
| | | Printed name |
| | | **Vice President** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **AAC Holding Corp.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **21-30057**

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

<hr>

**Part 1:    Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................................    $         **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................    $     **125,000,000.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................    $     **125,000,000.00**

<hr>

**Part 2:    Summary of Liabilities**

<hr>

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $         **0.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $         **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$     **123,863,206.56**

4.    Total liabilities ................................................................................................................
    Lines 2 + 3a + 3b    $     **123,863,206.56**

**Fill in this information to identify the case:**

Debtor name **AAC Holding Corp.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **21-30057**

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.** **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| **15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | |
| 15.1. **100% interest in American Achievement Corporation** | 100 % | $125,000,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **AAC Holding Corp.**           Case number *(If known)*   **21-30057**
     Name

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.     **Total of Part 4.**                                                **$125,000,000.00**
Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **AAC Holding Corp.** | Case number *(If known)* **21-30057** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $125,000,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $125,000,000.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $125,000,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **AAC Holding Corp.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **21-30057**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |
| **2.1** **Cerebus Business Finance, LLC** <br> Creditor's Name <br><br> **Attn: Joseph Naccarato** <br> **875 Third Avenue** <br> **New York, NY 10022** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br> **collateral agent for Secured Parties; guaranteed debt (fully collateralized).** <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$0.00** | **$0.00** |
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$0.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **AAC Holding Corp.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **21-30057**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Harris**
**Schulte Roth & Zabel**
**919 Third Avenue**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice only**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blank Rome, LLP**
**Attn: Lawrence Flick**
**The Chrysler Building**
**405 Lexington Ave**
**New York, NY 10174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice only**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,412,484.30 |
|---|---|---|---|

**Falcon Strategic Partners IV, LP**
**21 Custom House Street, 10th Floor**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Senior Subordinated Notes; guaranteed debt**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fenway Partners**
**Attn: Gregg Smart & Chris Stevenson**
**1251 Avenue of the Americas**
**New York, NY 10020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **AAC Holding Corp.** | Case number (if known) | **21-30057** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Laura Davis Jones**
**Pachulski Stang Ziehl Jones**
**919 North market St., 17th Floor**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lowenstein Sandler, LLP**
**Attn: Steve Siesser**
**1251 Avenue of the Americas**
**New York, NY 10020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matthew L. White**
**Falcon Investment Advisors,LLC**
**600 Lexington Ave., 35th Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PNC Bank, National Association**
**1 North Franklin Street, Ste 2500**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Administrative Agent for Lenders; Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,797,727.35 |
|---|---|---|---|

**Prudential Capital Partners**
**(Parallel Fund), IV, L.P.**
**180 N. Stetson Ave., Ste  5200**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Senior Subordinated Notes; guaranteed debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,004,910.57 |
|---|---|---|---|

**Prudential Capital Partners IV, L.P.**
**180 N. Stetson Ave., Ste 5200**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Senior Subordinated Notes; guaranteed debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,648,084.34 |
|---|---|---|---|

**Prudential Capital Partners Management**
**Fund IV, L.P.**
**180 N. Stetson Ave., Ste 5200**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Senior Subordinated Notes; guaranteed debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **AAC Holding Corp.** | Case number (if known) | **21-30057** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Britton**
**Paul Weiss Rifkind Wharton Garrison, LLP**
**1285 Avenue of the Americas**
**New York, NY 10019-6064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen Szejner**
**Prudential Private Capital**
**180 N. Stetson Ave., Suite 5200**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **PNC Bank**<br>**Attn: Trina Barkley**<br>**500 First Avenue, 4th Floor**<br>**Pittsburgh, PA 15219** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **PNC Bank**<br>**Attn: Lee LeBine**<br>**200 S. Wacker, Ste 600**<br>**Chicago, IL 60606** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 123,863,206.56 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 123,863,206.56 |

**Fill in this information to identify the case:**

Debtor name    **AAC Holding Corp.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **21-30057**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **AAC Holding Corp.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **21-30057**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **AAC Group Holding Corp** | | **Prudential Capital Partners** | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |
| 2.2 | **AAC Group Holding Corp.** | | **Falcon Strategic Partners IV, LP** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.3 | **AAC Group Holding Corp.** | | **Prudential Capital Partners IV, L.P.** | ☐ D _____<br>■ E/F ___3.10___<br>☐ G _____ |
| 2.4 | **AAC Group Holding Corp.** | | **Prudential Capital Partners Management** | ☐ D _____<br>■ E/F ___3.11___<br>☐ G _____ |
| 2.5 | **AAC Iconic Holdings LLC** | | **Prudential Capital Partners** | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **AAC Holding Corp.**        Case number *(if known)*   **21-30057**

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | | |
|---|---|---|---|---|
| 2.6 | **AAC Iconic Holdings LLC** | **Prudential Capital Partners IV, L.P.** | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.7 | **AAC Iconic Holdings, LLC** | **Falcon Strategic Partners IV, LP** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.8 | **AAC Iconic Holdings, LLC** | **Prudential Capital Partners Management** | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.9 | **AAC Iconic Intermediate Holdings LLC** | **Prudential Capital Partners** | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.10 | **AAC Iconic Intermediate Holdings LLC** | **Prudential Capital Partners Management** | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.11 | **AAC Iconic Intermediate Holdings, LLC** | **Falcon Strategic Partners IV, LP** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.12 | **AAC Iconic Intermediate Holdings, LLC** | **Prudential Capital Partners IV, L.P.** | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.13 | **American Achievement Corp** | **Cerebus Business Finance, LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

| Debtor | **AAC Holding Corp.** | Case number *(if known)* | **21-30057** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.14 **American Achievement Corporation** | **Falcon Strategic Partners IV, LP** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.15 **American Achievement Corporation** | **Prudential Capital Partners** | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |
| 2.16 **American Achievement Corporation** | **Prudential Capital Partners IV, L.P.** | ☐ D _____<br>■ E/F ___3.10___<br>☐ G _____ |
| 2.17 **American Achievement Corporation** | **Prudential Capital Partners Management** | ☐ D _____<br>■ E/F ___3.11___<br>☐ G _____ |
| 2.18 **American Achievement Group Holding Corp** | **Prudential Capital Partners** | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |
| 2.19 **American Achievement Group Holding Corp** | **Prudential Capital Partners Management** | ☐ D _____<br>■ E/F ___3.11___<br>☐ G _____ |
| 2.20 **American Achievement Group Holding Corp.** | **Falcon Strategic Partners IV, LP** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.21 **American Achievement Group Holding Corp.** | **Prudential Capital Partners IV, L.P.** | ☐ D _____<br>■ E/F ___3.10___<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **AAC Holding Corp.** | Case number *(if known)* | **21-30057** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.22 **American Achievement Intermediate Holdin** | **Prudential Capital Partners** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.23 **American Achievement Intermediate Holdin** | **Prudential Capital Partners IV, L.P.** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.24 **American Achievement Intermediate Holdin** | **Prudential Capital Partners Management** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.25 **Braddock Holding LLC** | **Prudential Capital Partners Management** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.26 **Braddock Holding, LLC** | **Cerebus Business Finance, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.27 **Braddock Holding, LLC** | **Falcon Strategic Partners IV, LP** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.28 **Braddock Holding, LLC** | **Prudential Capital Partners** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.29 **Braddock Holding, LLC** | **Prudential Capital Partners IV, L.P.** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |

| Debtor | **AAC Holding Corp.** | Case number *(if known)* | **21-30057** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **CBI North America, Inc.** | **Prudential Capital Partners** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.31 | **CBI North America, Inc.** | **Prudential Capital Partners Management** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.32 | **CBI North America, Inc.** | **Prudential Capital Partners IV, L.P.** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.33 | **CBI North American, Inc.** | **Cerebus Business Finance, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.34 | **CNI North America, Inc.** | **Falcon Strategic Partners IV, LP** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.35 | **Commemorative Brands, Inc** | **Prudential Capital Partners** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.36 | **Commemorative Brands, Inc.** | **Cerebus Business Finance, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.37 | **Commemorative Brands, Inc.** | **Falcon Strategic Partners IV, LP** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **AAC Holding Corp.** | Case number *(if known)* | **21-30057** |
|---|---|---|---|

<table>
<tr><td colspan="3">■ <strong>Additional Page to List More Codebtors</strong></td></tr>
<tr><td colspan="3">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.</td></tr>
<tr><td colspan="2"><em>Column 1:</em> <strong>Codebtor</strong></td><td><em>Column 2:</em> <strong>Creditor</strong></td></tr>
</table>

| | Codebtor | Creditor | D / E/F / G |
|---|---|---|---|
| 2.38 | **Commemorative Brands, Inc.** | **Prudential Capital Partners IV, L.P.** | ☐ D _____ <br> ■ E/F __3.10__ <br> ☐ G _____ |
| 2.39 | **Commermorative Brands Inc.** | **Prudential Capital Partners Management** | ☐ D _____ <br> ■ E/F __3.11__ <br> ☐ G _____ |
| 2.40 | **EPG Canada Ltd.** | **Prudential Capital Partners IV, L.P.** | ☐ D _____ <br> ■ E/F __3.10__ <br> ☐ G _____ |
| 2.41 | **EPG Canada, Ltd.** | **Cerebus Business Finance, LLC** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.42 | **EPG Canada, Ltd.** | **Falcon Strategic Partners IV, LP** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.43 | **EPG Canada, Ltd.** | **Prudential Capital Partners Management** | ☐ D _____ <br> ■ E/F __3.11__ <br> ☐ G _____ |
| 2.44 | **EPG Canda Ltd.** | **Prudential Capital Partners** | ☐ D _____ <br> ■ E/F __3.9__ <br> ☐ G _____ |
| 2.45 | **Gaspard & Sons, Inc.** | **Cerebus Business Finance, LLC** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **AAC Holding Corp.** | | Case number *(if known)* | **21-30057** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.46 **Gaspard & Sons, Inc.** | **Falcon Strategic Partners IV, LP** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.47 **Gaspard & Sons, Inc.** | **Prudential Capital Partners** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.48 **Gaspard & Sons, Inc.** | **Prudential Capital Partners IV, L.P.** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.49 **Gaspard & Sons, Inc.** | **Prudential Capital Partners Management** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.50 **Gaspard and Sons Mayagues, Inc.** | **Prudential Capital Partners IV, L.P.** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.51 **Gaspard and Sons Mayaguez Inc.** | **Cerebus Business Finance, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.52 **Gaspard and Sons Mayaguez Inc.** | **Prudential Capital Partners** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.53 **Gaspard and Sons Mayaguez Inc.** | **Prudential Capital Partners Management** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **AAC Holding Corp.** | Case number *(if known)* | **21-30057** |

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 | **Gaspard and Sons Mayaguez, Inc.** | **Falcon Strategic Partners IV, LP** | ☐ D ＿＿＿<br>■ E/F ＿**3.3**＿<br>☐ G ＿＿＿ |
| 2.55 | **Gaspard Ltd** | **Prudential Capital Partners** | ☐ D ＿＿＿<br>■ E/F ＿**3.9**＿<br>☐ G ＿＿＿ |
| 2.56 | **Gaspard Ltd.** | **Cerebus Business Finance, LLC** | ■ D ＿**2.1**＿<br>☐ E/F ＿＿＿<br>☐ G ＿＿＿ |
| 2.57 | **Gaspard Ltd.** | **Falcon Strategic Partners IV, LP** | ☐ D ＿＿＿<br>■ E/F ＿**3.3**＿<br>☐ G ＿＿＿ |
| 2.58 | **Gaspard Ltd.** | **Prudential Capital Partners IV, L.P.** | ☐ D ＿＿＿<br>■ E/F ＿**3.10**＿<br>☐ G ＿＿＿ |
| 2.59 | **Gaspard Regalia Inc.** | **Falcon Strategic Partners IV, LP** | ☐ D ＿＿＿<br>■ E/F ＿**3.3**＿<br>☐ G ＿＿＿ |
| 2.60 | **Gaspard Regalia Inc.** | **Prudential Capital Partners Management** | ☐ D ＿＿＿<br>■ E/F ＿**3.11**＿<br>☐ G ＿＿＿ |
| 2.61 | **Gaspard Regalia, Inc.** | **Cerebus Business Finance, LLC** | ■ D ＿**2.1**＿<br>☐ E/F ＿＿＿<br>☐ G ＿＿＿ |

Debtor __**AAC Holding Corp.**__      Case number *(if known)* __**21-30057**__

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.62   **Gaspard Regalia, Inc.** | **Prudential Capital Partners** | ☐ D _____<br>▮ E/F __3.9__<br>☐ G _____ |
| 2.63   **Gaspard Regalia, Inc.** | **Prudential Capital Partners IV, L.P.** | ☐ D _____<br>▮ E/F __3.10__<br>☐ G _____ |
| 2.64   **Gaspard, Ltd.** | **Prudential Capital Partners Management** | ☐ D _____<br>▮ E/F __3.11__<br>☐ G _____ |
| 2.65   **Grad-Images Canada, Ltd** | **Prudential Capital Partners** | ☐ D _____<br>▮ E/F __3.9__<br>☐ G _____ |
| 2.66   **Grad-Images Canada, Ltd.** | **Cerebus Business Finance, LLC** | ▮ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.67   **Grad-Images Canada, Ltd.** | **Falcon Strategic Partners IV, LP** | ☐ D _____<br>▮ E/F __3.3__<br>☐ G _____ |
| 2.68   **Grad-Images Canada, Ltd.** | **Prudential Capital Partners IV, L.P.** | ☐ D _____<br>▮ E/F __3.10__<br>☐ G _____ |
| 2.69   **Grad-Images Canada, Ltd.** | **Prudential Capital Partners Management** | ☐ D _____<br>▮ E/F __3.11__<br>☐ G _____ |

Debtor **AAC Holding Corp.**       Case number *(if known)* **21-30057**

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | | | |
|---|---|---|---|---|
| 2.70 **Iconic Group, Inc.** | **Cerebus Business Finance, LLC** | ▪ D __2.1__ | ☐ E/F ____ | ☐ G ____ |
| 2.71 **Iconic Group, Inc.** | **Falcon Strategic Partners IV, LP** | ☐ D ____ | ▪ E/F __3.3__ | ☐ G ____ |
| 2.72 **Iconic Group, Inc.** | **Prudential Capital Partners** | ☐ D ____ | ▪ E/F __3.9__ | ☐ G ____ |
| 2.73 **Iconic Group, Inc.** | **Prudential Capital Partners IV, L.P.** | ☐ D ____ | ▪ E/F __3.10__ | ☐ G ____ |
| 2.74 **Iconic Group, Inc.** | **Prudential Capital Partners Management** | ☐ D ____ | ▪ E/F __3.11__ | ☐ G ____ |
| 2.75 **Taylor Manufacturing Holdings, LLC** | **Cerebus Business Finance, LLC** | ▪ D __2.1__ | ☐ E/F ____ | ☐ G ____ |
| 2.76 **Taylor Manufacturing Holdings, LLC** | **Falcon Strategic Partners IV, LP** | ☐ D ____ | ▪ E/F __3.3__ | ☐ G ____ |
| 2.77 **Taylor Manufacturing Holdings, LLC** | **Prudential Capital Partners** | ☐ D ____ | ▪ E/F __3.9__ | ☐ G ____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **AAC Holding Corp.** | Case number *(if known)* | **21-30057** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.78 **Taylor Manufacturing Holdings, LLC** | **Prudential Capital Partners IV, L.P.** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.79 **Taylor Manufacturing Holdings, LLC** | **Prudential Capital Partners Management** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.80 **Taylor Publishing Company** | **Cerebus Business Finance, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.81 **Taylor Publishing Company** | **Falcon Strategic Partners IV, LP** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.82 **Taylor Publishing Company** | **Prudential Capital Partners** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.83 **Taylor Publishing Company** | **Prudential Capital Partners IV, L.P.** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.84 **Taylor Publishing Company** | **Prudential Capital Partners Management** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.85 **Taylor Publishing Manufacturing, L.P.** | **Cerebus Business Finance, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **AAC Holding Corp.** | Case number *(if known)* | **21-30057** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.86 | **Taylor Publishing Manufacturing, L.P.** | **Falcon Strategic Partners IV, LP** | ☐ D _____<br>■ E/F   **3.3**<br>☐ G _____ |
| 2.87 | **Taylor Publishing Manufacturing, L.P.** | **Prudential Capital Partners** | ☐ D _____<br>■ E/F   **3.9**<br>☐ G _____ |
| 2.88 | **Taylor Publishing Manufacturing, L.P.** | **Prudential Capital Partners IV, L.P.** | ☐ D _____<br>■ E/F   **3.10**<br>☐ G _____ |
| 2.89 | **Taylor Publishing Manufacturing, L.P.** | **Prudential Capital Partners Management** | ☐ D _____<br>■ E/F   **3.11**<br>☐ G _____ |
| 2.90 | **Taylor Senior Holding Corp** | **Cerebus Business Finance, LLC** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.91 | **Taylor Senior Holding Corp** | **Prudential Capital Partners** | ☐ D _____<br>■ E/F   **3.9**<br>☐ G _____ |
| 2.92 | **Taylor Senior Holding Corp.** | **Falcon Strategic Partners IV, LP** | ☐ D _____<br>■ E/F   **3.3**<br>☐ G _____ |
| 2.93 | **Taylor Senior Holding Corp.** | **Prudential Capital Partners IV, L.P.** | ☐ D _____<br>■ E/F   **3.10**<br>☐ G _____ |

Debtor **AAC Holding Corp.**      Case number *(if known)* **21-30057**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | | |
|---|---|---|---|
| 2.94 **Taylor Senior Holding Corp.** | **Prudential Capital Partners Management** | ☐ D ___<br>■ E/F __**3.11**__<br>☐ G ___ | |
| 2.95 **TP Holding Corp** | **Prudential Capital Partners** | ☐ D ___<br>■ E/F __**3.9**__<br>☐ G ___ | |
| 2.96 **TP Holding Corp.** | **Cerebus Business Finance, LLC** | ■ D __**2.1**__<br>☐ E/F ___<br>☐ G ___ | |
| 2.97 **TP Holding Corp.** | **Falcon Strategic Partners IV, LP** | ☐ D ___<br>■ E/F __**3.3**__<br>☐ G ___ | |
| 2.98 **TP Holding Corp.** | **Prudential Capital Partners IV, L.P.** | ☐ D ___<br>■ E/F __**3.10**__<br>☐ G ___ | |
| 2.99 **TP Holding Corp.** | **Prudential Capital Partners Management** | ☐ D ___<br>■ E/F __**3.11**__<br>☐ G ___ | |
| 2.100 **University Cap and Gown Co., Inc.** | **Cerebus Business Finance, LLC** | ■ D __**2.1**__<br>☐ E/F ___<br>☐ G ___ | |
| 2.101 **University Cap and Gown Co., Inc.** | **Falcon Strategic Partners IV, LP** | ☐ D ___<br>■ E/F __**3.3**__<br>☐ G ___ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     

| Debtor | **AAC Holding Corp.** | Case number *(if known)* | **21-30057** |

▇ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.10 2 | **University Cap and Gown Co., Inc.** | **Prudential Capital Partners IV, L.P.** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.10 3 | **University Cap and Gown Co., Inc.** | **Prudential Capital Partners Management** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.10 4 | **University Cap and Gown, Co., Inc.** | **Prudential Capital Partners** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.10 5 | **Willsie Cap & Gown LLC** | **Prudential Capital Partners IV, L.P.** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.10 6 | **Willsie Cap & Gown LLC** | **Prudential Capital Partners Management** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.10 7 | **Willsie Cap & Gown, LLC** | **Cerebus Business Finance, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 8 | **Willsie Cap & Gown, LLC** | **Falcon Strategic Partners IV, LP** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.10 9 | **Willsie Cap & Gown, LLC** | **Prudential Capital Partners** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Texas

In re    __AAC Holding Corp.__                            Case No.    __21-30057__

                                    Debtor(s)                   Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AAC Group Holding Corp.**<br>**1550 W. Mockingbird Lane**<br>**Dallas, TX 75235** | | | **100%** |
| **AAC Iconic Holdings LLC** | | | **100% in AAC Iconic Intermediate Holdings LLC** |
| **AAC Iconic Intermediate Holdings LLC** | | | **100% American Achievement Group Holding Corp.** |
| **AAC Iconic MIP LLC** | | | **Class C-1 Units (230,625) in AAC Iconic Holdings LLC** |
| **American Achievement Group Holding Corp.** | | | **100% in American Achievement Intermediate Holding Corp.** |
| **American Achievement Holdings LLC** | | | **Class B (Preferred Stock) 100%; Class D (Common Stock) 2.666% in AAC Iconic Holdings LLC** |
| **American Achievement Intermediate Holding Corp.** | | | **100% in AAC Group Holding Corp** |
| **Falcon Strategic Partners, IV, LP** | | | **Class A-1 (Preferred Stock) 35.856%; Class A-2 (Preferred Stock) 35.808%; Class D (Common Stock) 33.688% in AAC Iconic Holdings LLC** |
| **Fenway Iconic AAC Holdings, LLC** | | | **Class A-2 (Preferred Stock) 0.134%; Class D (Common Stock) 3.424% in AAC Iconic Holdings LLC** |
| **Prudential Capital Partners (Parallel Fund) IV, L.P.** | | | **Class A-1 (Preferred Stock) 3.066%; Class A-2 (Preferred Stock) 3.062%; Class D (Common Stock) 2.879% in AAC Iconic Holdings LLC** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

In re: **AAC Holding Corp.**                    Case No. **21-30057**
                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Prudential Capital Partners IV, LP** | | | **Class A-1 (Preferred Stock) 58.133%;Class A-2 (Preferred Stock) 58.055%, Class D (Common Stock) 54.585% in AAC Iconic Holdings LLC** |
| **Prudential Capital Partners Management Fund IV, L.P.** | | | **Class A-1 (Preferred Stock) 2.945%; Class A-2 (Preferred Stock) 2.941%; Class D (Common Stock) 2.766% in AAC Iconic Holdings LLC** |
| **RGIP, LLC** | | | **Class D (Common Stock) 0.012% in AAC Iconic Holdings LLC** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 28, 2021**                    Signature  **/s/ Stephen Szejner**
                                        **Stephen Szejner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.