UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: AAC Holding Corp.

Case No.: 21-30057 (HDH)

Debtor(s)

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Jones       Laura Davis
   *Last*            *First*            *MI*

2. Firm Name: Pachulski Stang Ziehl & Jones LLP

3. Address: 919 North Market Street, 17th Floor
   Wilmington, DE 19801

4. Phone: 302-778-6401    FAX: 302-652-4400
   Email: ljones@pszjlaw.com

5. Name used to sign *all* pleadings: Michael D. Warner

6. Retained by: Alleged Debtor

7. Admitted on 12/17/1986 and presently a member in good standing of the bar of the highest court of the state of Delaware and issued the bar license number of 2436.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | U.S District Court for the District DE | 1/5/1987 |
   | Third Circuit Court of Appeals | |
   | Washington, DC | 1989 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

    ☒ Yes ☐ No

    If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    *Date of Application*        *Case No. and Style*

    n/a

13. Local counsel of record:  Michael D. Warner

14. Local counsel's address:  440 Louisiana Street, Suite 900

    Houston, TX 77002

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒  I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐  I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the  $100.00 filing fee on _____.

Laura Davis Jones  
Printed Name of Applicant

3/5/2021  
Date

/s/ Laura Davis Jones  
Signature of Applicant