BTXN 104a (rev. 09/19)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: AAC Holding Corp.

§
§ Case No.: 21-30057 (HDH)
§
§
§
§
Debtor(s) §

**AMENDED**
## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Jones     Laura Davis

        *Last*         *First*         *MI*

2. Firm Name: Pachulski Stang Ziehl & Jones LLP

3. Address: 919 North Market Street, 17th Floor

   Wilmington, DE 19801

4. Phone: 302-778-6401      FAX: 302-652-4400

   Email: ljones@pszjlaw.com

5. Name used to sign *all* pleadings: Laura Davis Jones

6. Retained by: American Achievement Corporation

7. Admitted on 12/17/1986 and presently a member in good standing of the bar of the highest court of the state of Delaware and issued the bar license number of 2436 .

8. Admitted to practice before the following courts:

   | *Court:* | *Admission Date:* |
   | --- | --- |
   | U.S District Court for the District DE | 1/5/1987 |
   | Third Circuit Court of Appeals | |
   | Washington, DC | 1989 |

*Continued.*

9.      Are you presently a member in good standing of the bars of the courts listed above?

☒Yes ☐No

If "No," please list all courts which you are no longer admitted to practice:

10.     Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

☐Yes ☒No

If "Yes," please provide details:

11.     Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

☐Yes ☒No

If "Yes," please provide details:

12.     Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

| *Date of Application* | *Case No. and Style* |
| --- | --- |
| n/a | |
| | |
| | |

13.     Local counsel of record: __Michael D. Warner_____

14.     Local counsel's address: __440 Louisiana Street, Suite 900_____
_____Houston, TX 77002_____

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒   I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐   I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the  $100.00 filing fee on _____.


 Laura Davis Jones_____                    3/9/2021_____
Printed Name of Applicant                              Date



 */s/ Laura Davis Jones*_____
Signature of Applicant